**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Maria S. Reynero,                                                        Civil No. 05-923 (DWF/JSM)

           Plaintiff,

v.                                                                                                    **ORDER**

Discover Card, J C Penney,
and J C Penney Insurance,

           Defendants.

_____

Maria S. Reynero, *Pro Se*, Plaintiff.

Charles F. Webber, Esq., and Fiona B. Ruthven, Esq., Faegre & Benson LLP, counsel for Defendant Discover Card.

James R. Crassweller, Esq., and Shanda K. Pearson, Esq., Rider Bennett LLP, counsel for Defendants J C Penney and J C Penney Insurance.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 5, 2005.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Defendant J.C. Penney's Motion to Dismiss (Doc. No. 8) is **GRANTED**;

    2.    Defendant Discovery Card's Motion to Dismiss (Doc. No. 10) is **GRANTED**; and

    3.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 6, 2006        s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        Judge of United States District Court